UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

In re: Renee Reding

Debtor(s)

Case No. 11-47404
Chapter 7

# NOTICE OF AMENDMENT TO SCHEDULES TO ADD CREDITOR(S)

To: Creditor(s) on attached Amended Schedules and listed below: *(insert creditor names and addresses or attach list)*

Aaron's Sales and Lease
PO Box 102746
Atlanta GA 30368-2746

Holzborn Properties LLC
PO Box 510971
St. Louis MO 63151

1. **Amended Schedules.** You are hereby notified that the above Debtor(s) filed Amended Schedules and added you as a creditor in this case. The following documents are attached for you. *(Check all that are attached)*
   - [✓] A copy of the Amended Schedule adding you as a creditor;
   - [✓] A copy of the original Order and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines showing the debtor's full social security number;
   - [ ] A copy of any order or notice that set a deadline by which proofs of claim are or were to be filed along with a proof of claim form, if applicable.

2. **Claims.** You are further notified that: *(Check one option)*
   - [✓] This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.
   - [ ] This is an asset case. You may file a proof of claim by the deadline specified in the order or notice that set a deadline by which proofs of claim are or were to be filed, or within 30 days of the date of service of this notice, whichever is later.

3. **Discharge.** You are further notified that you may file a complaint to determine dischargeability pursuant to 11 U.S.C. §523(c) or to object to discharge pursuant to 11 U.S.C. § 727(c) not later than sixty (60) days after the date on the certificate of service of this notice, or within the time originally set for filing such a complaints, whichever is later.

Date: 10/24/11

/s/ Sean C. Paul

Sean C. Paul 59371MO
PK Law
8917 Gravois Rd
St. Louis MO 63123
314-827-4027
314-222-0619 FAX
scp@pklawonline.com

Debtor's name and address or attorney signature block

## Certificate of Service

I, Sean C. Paul , certify the above Notice and a copy of the designated documents were served on the listed creditors(s) by first-class, postage prepaid mail, on this 24 day of October , 20 11 .
*(If the creditor names do not appear above, list them below)*

/s/ Sean C. Paul
_____
Typed Name or Signature

*(Instructions: File and serve this notice and serve, but do not file, the referenced documents. Use the CM/ECF Event "**Amended Schedules**" to file this notice as one PDF document with the Amended Schedules. If you file this notice separately, use the CM/ECF Event "**Notice of Amendment to Schedules to Add Creditor(s)."** )*